**Bernard BROTHERTON, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

November 17, 1950.

H. C. Kennedy for appellant.

A. E. Funk, Attorney General, and Guy L. Dickinson, Assistant Attorney General for the Commonwealth.

PER CURIAM.

Appeal denied. Judgment affirmed.